ALEX GROSSMANN & Co., INC., Appellant and Respondent, *v.* MERCHANTS REFRIGERATING COMPANY, Respondent and Appellant.

INDUSTRIAL COLD STORAGE AND WAREHOUSE COMPANY, Appellant, *v.* ALEX GROSSMANN & Co., INC., Respondent, Impleaded with Another.

Argued April 19, 1939; decided May 17, 1939.

*Harold R. Medina, Daniel E. Hanlon, William M. Kilcullen* and *John W. Jordan* for Merchants Refrigerating Company, respondent and appellant.

*Melber Chambers* and *Edward H. Spencer* for Industrial Cold Storage and Warehouse Company, appellant.

*Walter C. Lundgren, Edward H. Green, William Piel, Jr.,* and *Frank J. Berberich* for Alex Grossmann & Co., Inc., appellant and respondent.

In the first above-entitled action: judgment affirmed, without costs; no opinion.

In the second above-entitled action: judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part, O'BRIEN, J.